# EXHIBIT 22

**VENABLE** LLP

750 E. PRATT STREET   SUITE 900   BALTIMORE, MD 21202
T 410.244.7400   F 410.244.7742   www.Venable.com

Writer's Direct Number:
410-244-7725

October 13, 2020

**_VIA OVERNIGHT AND ELECTRONIC DELIVERY_**
H F Z Capital Group LLC
600 Madison Avenue, 15th Floor
New York, New York 10022
Attention: Nir Meir
Email: nir@hfzcap.com; jshannon@hfzcap.com

Ziel Feldman
c/o H F Z Capital Group LLC
600 Madison Avenue, 15th Floor
New York, New York 10022
Email: zfeldman@hfzcap.com; jshannon@hfzcap.com

Helene Feldman
c/o H F Z Capital Group LLC
600 Madison Avenue, 15th Floor
New York, New York 10022
Email: zfeldman@hfzcap.com; jshannon@hfzcap.com

> Re: Loan in the maximum principal amount of $130,207,000.00 (the "**Loan**") to HFZ 344 West 72nd Street Two LLC ("**Borrower**"), which Loan is currently held by SPT Chatsworth Holdings, L.L.C. as successor-in-interest to Starwood Property Mortgage, L.L.C. ("**Lender**") and is evidenced by that certain Inventory Loan Agreement dated as of September 27, 2018 (the "**Loan Agreement**") and that certain Inventory Loan Promissory Note dated as of September 27, 2018, in the aggregate principal amount of the Loan (the "**Note**"), and secured by, among other things, that certain Inventory Loan Guaranty dated as of September 27, 2018 (the "**Guaranty**") and executed by Ziel Feldman, Helene Feldman and H F Z Capital Group LLC (collectively, the "**Guarantors**"); the Note, the Loan Agreement, the Guaranty and all other documents evidencing or securing the Loan shall hereinafter collectively be referred to as the "**Loan Documents**"

Ladies and Gentlemen:

I write on behalf of Lender in regard to the above-referenced Loan with respect to the existence of an Event of Default under the Loan Agreement and the Guarantors' corresponding liability under the Guaranty, all as described more specifically below. All capitalized terms used herein but not otherwise defined herein shall have the meaning ascribed to them in the Loan Agreement or the Guaranty.

Be advised that an Event of Default has occurred under the terms of the Loan Documents by virtue of the Borrower's failure to remit the Debt Service that was due on or before October 1, 2020, as required by Section 2.2 of the Loan Agreement, within five (5) Business Days of written

**VENABLE** LLP

H F Z Capital Group LLC
Z. Feldman
H. Feldman
October 13, 2020
Page 2

demand. As a result of the foregoing Event of Default, Lender has exercised its right to accelerate the Maturity Date of the Loan such that the entire principal balance, together with all accrued interest and other amounts owing under the Loan Documents, is now due and owing.

Based on the foregoing Event of Default and acceleration of the Loan, you are hereby notified that Guarantors' liability under the Guaranty has been triggered and each of the Guaranteed Obligations are immediately due and payable. Accordingly, in accordance with the terms of Section 1.4 of the Guaranty, **DEMAND** is hereby made for the Guarantors to, within thirty (30) days of the receipt of this letter, pay the Debt in full.

Very truly yours,

Gregory A. Cross

cc:     Jay Cowart (*via electronic delivery*)

Norton Rose Fulbright US LLP (*via electronic delivery and overnight mail*)
1301 Avenue of the Americas
New York, New York 10019-6022
Attention: Jill D. Block
Email: jill.block@nortonrosefulbright.com

Holland & Knight LLP (*via electronic delivery and overnight mail*)
31 West 52nd Street
New York, NY 10019
Attention: Sean M. Garahan
Email: sean.garahan@hklaw.com