UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SPT CHATSWORTH HOLDINGS, L.L.C.,

                Plaintiff,                20-cv-8502 (PKC)

    -against-                       <u>ORDER</u>

CHATSWORTH REALTY CORPORATION, <u>et al.</u>,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court will hear argument on plaintiff's summary judgment motion on January 13, 2022 at 2 p.m. in Courtroom 11D.

        SO ORDERED.

                                            P. Kevin Castel
                                     United States District Judge

Dated: New York, New York
       November 30, 2021