UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SPT Chatsworth Holdings, L.L.C.,

                Plaintiff(s),                20-cv-8502 (PKC)

      -against-                                ORDER

Chatsworth Realty Corporation, et al.,

                Defendant(s).
_____

CASTEL, U.S.D.J.

        The oral argument previously scheduled for January 13, 2022 is adjourned to January 18, 2022 at 11:00 a.m. in Courtroom 11D, 500 Pearl Street, New York, N.Y.

        SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated:  New York, New York
           December 9, 2021