UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SPT CHATSWORTH HOLDINGS, L.L.C.,   :
                                   :
          Plaintiff,               :
                                   :  Case No.: 20-cv-8502 (PKC)
     v.                            :
                                   :
CHATSWORTH REALTY CORPORATION,     :
HFZ 344 WEST 72ND STREET LLC,      :
HFZ 344 WEST 72ND STREET MEZZ LLC, :
HFZ 344 WEST 72ND STREET HOLDCO    :
LLC, HFZ 344 WEST 72ND STREET TWO  :
LLC, H F Z CAPITAL GROUP LLC, ZIEL :
FELDMAN AND HELENE FELDMAN,        :
                                   :
          Defendants.              :
------------------------------------------------------------x

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CHATSWORTH REALTY CORPORATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SPT Chatsworth Holdings, L.L.C. ("**Plaintiff**") and Defendants Chatsworth Realty Corporation ("**Coop Corporation**"), HFZ 344 West 72nd Street LLC ("**Senior Borrower**"), HFZ 344 West 72nd Street Mezz LLC ("**Mezzanine Borrower**"), HFZ 344 West 72nd Street Holdco LLC ("**Unsecured Borrower**"), HFZ 344 West 72nd Street Two LLC ("**Inventory Borrower**"), H F Z Capital Group LLC ("**Capital Group**"), Ziel Feldman ("**Mr. Feldman**") and Helene Feldman ("**Mrs. Feldman**" and together with the Senior Borrower, Mezzanine Borrower, Unsecured Borrower, Inventory Borrower, Capital Group and Mr. Feldman, the "**HFZ Parties**"), by and through their respective undersigned counsel, hereby stipulate and agree that the above-captioned matter shall be dismissed without prejudice solely with respect to the Coop Corporation, with each party to pay its own costs, expenses and attorneys' fees.

Nothing herein shall act as a dismissal or compromise in any manner of any other claim or cause of action asserted by Plaintiff against the HFZ Parties.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| VENABLE LLP | MORRISON COHEN LLP |
| By: /s/ Gregory A. Cross | By: /s/ Jay R. Speyer |
| Gregory A. Cross | Y. David Scharf |
| 750 East Pratt Street, Suite 900 | Jay R. Speyer |
| Baltimore, Maryland 21202 | 909 Third Avenue |
| Telephone: (410) 244-7400 | New York, New York 10022 |
| gacross@venable.com | Telephone: (212) 735-8600 |
| | dscharf@morrisoncohen.com |
| -and- | jspeyer@morrisoncohen.com |
| Adam Possidente | *Counsel for Defendants* |
| Rockefeller Center | |
| 1270 Avenue of the Americas, 24th Floor | |
| New York, New York 10020 | |
| Telephone: (212) 307-5500 | |
| apossidente@venable.com | |
| *Counsel for Plaintiff* | |