**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
SPT CHATSWORTH HOLDINGS, L.L.C.,           :
                                            :
      Plaintiff,                           :
                                            :  Case No.: 20-cv-8502 (PKC)
      v.                                   :
                                            :
HFZ 344 WEST 72ND STREET LLC,              :
HFZ 344 WEST 72ND STREET MEZZ LLC,         :
HFZ 344 WEST 72ND STREET HOLDCO            :
LLC, HFZ 344 WEST 72ND STREET TWO          :
LLC, H F Z CAPITAL GROUP LLC, ZIEL         :
FELDMAN AND HELENE FELDMAN,                :
                                            :
      Defendants.                          :
                                            :
------------------------------------------------------------x

## [~~PROPOSED~~] FINAL JUDGMENT AGAINST ALL DEFENDANTS

For the reasons stated in the Opinion and Order entered by this Court on February 16, 2022 [Doc. 66] (the "Order"), it is hereby

ORDERED, that final judgment in the amount of Twenty-Eight Million Three Hundred Ninety Thousand One Hundred Thirty-Two Dollars and 75/100 ($28,390,132.75) be entered in favor of Plaintiff SPT Chatsworth Holdings, L.L.C. and against Defendant HFZ 344 West 72nd Street LLC under the First Cause of Action in the Amended Complaint [Doc. 23], and that said judgment shall accrue interest from the date of entry of this Judgment as set forth in 28 U.S.C. § 1961; and it is further

ORDERED, that final judgment in the amount of Forty-Two Million Seventeen Thousand Six Hundred Sixty-Four Dollars and 56/100 ($42,017,664.56) be entered in favor of Plaintiff SPT Chatsworth Holdings, L.L.C. and against Defendant HFZ 344 West 72nd Street Mezz LLC under the Second Cause of Action in the Amended Complaint, and that said judgment shall accrue interest from the date of entry of this Judgment as set forth in 28 U.S.C. § 1961; and it is further

ORDERED, that final judgment in the amount of Eleven Million Four Hundred Twenty-Six Thousand Six Hundred Twenty-Seven Dollars and 33/100 ($11,426,627.33) be entered in favor of Plaintiff SPT Chatsworth Holdings, L.L.C. and against Defendant HFZ 344 West 72nd Street Holdco LLC under the Third Cause of Action in the Amended Complaint, and that said judgment shall accrue interest from the date of entry of this Judgment as set forth in 28 U.S.C. § 1961; and it is further

ORDERED, that final judgment in the amount of Twelve Million Seven Hundred Forty-Five Thousand Six Hundred Sixteen Dollars and 38/100 ($12,745,616.38) be entered in favor of Plaintiff SPT Chatsworth Holdings, L.L.C. and against Defendant HFZ 344 West 72nd Street Two LLC under the Fourth Cause of Action in the Amended Complaint, and that said judgment shall accrue interest from the date of entry of this Judgment as set forth in 28 U.S.C. § 1961; and it is further

ORDERED, that final judgment in the amount of One Hundred Twenty-Two Million Three Hundred Fifty Thousand Four Hundred Six Dollars and 71/100 ($122,350,406.71) be entered in favor of Plaintiff SPT Chatsworth Holdings, L.L.C. and against Defendant H F Z Capital Group LLC under the Fifth, Sixth and Seventh Causes of Action in the Amended Complaint, and that said judgment shall accrue interest from the date of entry of this Judgment as set forth in 28 U.S.C. § 1961; and it is further

ORDERED, that final judgment in the amount of One Hundred Twenty-Two Million Three Hundred Fifty Thousand Four Hundred Six Dollars and 71/100 ($122,350,406.71) be entered in favor of Plaintiff SPT Chatsworth Holdings, L.L.C. and against Defendant Ziel Feldman under the Fifth, Sixth and Seventh Causes of Action in the Amended Complaint, and that said judgment shall accrue interest from the date of entry of this Judgment as set forth in 28 U.S.C. § 1961; and it is further

ORDERED, that final judgment in the amount of One Hundred Twenty-Two Million Three Hundred Fifty Thousand Four Hundred Six Dollars and 71/100 ($122,350,406.71) be entered in favor of Plaintiff SPT Chatsworth Holdings, L.L.C. and against Defendant Helene Feldman under the Fifth, Sixth and Seventh Causes of Action in the Amended Complaint, and that said judgment shall accrue interest from the date of entry of this Judgment as set forth in 28 U.S.C. § 1961; and it is further

ORDERED, that this Judgment shall constitute final judgment against each of the Defendants in the above-captioned action and that each of the Defendants will bear its own respective costs, including any attorneys' fees or other expenses, of this litigation; and it is further

ORDERED, that this Court shall retain jurisdiction over the parties and this action for purposes of implementing and enforcing the Order and this Judgement, including, but not limited to, Plaintiff's right to file a motion for attorneys' fees, costs and expenses as provided for in Fed R. Civ. P. 54(d)(2)(B) within twenty-one (21) days of the entry of this Judgment. The Court may issue any additional orders it deems appropriate to implement or enforce the Order or this Judgment.

**IT IS SO ORDERED.**

Dated: 3-30-22

_____
HON. P. KEVIN CASTEL
UNITED STATES DISTRICT COURT JUDGE